UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VIRGINIA ADKINS,
as Personal Representative of
ESTATE OF THOMAS CARR, and
ESTATE OF THOMAS CARR,

      Plaintiffs,   Case No. 2:23-cv-13042

v.   Honorable Susan K. DeClercq
    United States District Judge

WAYNE COUNTY SHERIFF'S
DEPARTMENT et al.,

      Defendants.
_____/

## ORDER SCHEDULING MOTION HEARING AND DIRECTING PLAINTIFFS TO GIVE NOTICE

On June 26, 2024, Plaintiffs filed a Motion to Approve Wrongful Death Settlement of the Estate of Thomas Carr. ECF No. 19.

Accordingly, it is **ORDERED** that the parties are **DIRECTED** to attend hearing on the motion on **August 13, 2024, at 3:00 PM ET** before Judge Susan K. DeClercq, Theodore Levin United States Courthouse, 231 West Lafayette Blvd., Courtroom 219, Detroit, MI, 48226. *See* MICH. COMP. LAWS § 600.2922(5).

Accordingly, it is **ORDERED** that Plaintiffs are **DIRECTED** to send notice of the motion hearing to the three proposed recipients of the settlement disbursement **on or before July 23, 2024**, by first-class mail and to any known email addresses.

Further, it is **ORDERED** that Plaintiffs are **DIRECTED** to promptly file a notice on the docket of the above-captioned case to prove that service was completed.

/s/Susan K. DeClercq
SUSAN K. DeCLERCQ
United States District Judge

Dated: July 3, 2024